UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In the matter of the complaint of James T. Anderson as owner of the sailing vessel CATSHOT, a 44-Foot Voyage Catamaran, for Exoneration from or Limitation of Liability, | Case No.: 09-1436RSL<br><br>ORDER ISSUING INJUNCTION DIRECTING CONSOLIDATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS<br><br>IN ADMIRALTY |

Limitation Plaintiff, James T. Anderson, having filed his complaint for exoneration from or limitation of liability as owner of the vessel CATSHOT, Hull Identification Number 44035B606, Washington Registration WN84NV, pursuant to 46 U.S.C.A. § 30501 et seq. and Rule F (1) and F(2) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and with respect to a shipwreck of CATSHOT off the coast of Oregon State, near Lincoln City, on or about December 15, 2006,

AND the complaint having stated that Limitation Plaintiff has had a complaint filed against him in King County Superior Court relating to the loss of CATSHOT;

AND the complaint having stated that the value of the vessel and any pending freight at the conclusion of its voyage was zero dollars;

AND Limitation Plaintiff having posted security for costs in the sum of $500.00, with interest

thereon at the rate of six percent (6%) per annum from the date of the posting of security.

IT IS HEREBY ORDERED as follows:

1. Limitation Plaintiff asserts that the value of CATSHOT at the end of the voyage was zero, including all wreckage, strippings, and proceeds, and accounting for salvage expenses. Limitation Plaintiff also asserts that there was no pending freight aboard CATSHOT. Under Supplemental Admiralty Rule F(1), Limitation Plaintiff at this time does not need to deposit a security for value with this Court. This ruling is made WITHOUT PREJUDICE to the due appraisal of Limitation Plaintiff's interest in CATSHOT and pending freight, and a claimant's demand that the deposit or security be increased in accordance with Supplemental Admiralty Rule F(7);

2. Limitation Plaintiff has complied with Supplemental Admiralty Rule F(1) and Local Supplemental Admiralty Rule 120(b) by depositing security for costs in the amount of five hundred dollars ($500.00), plus interest at the rate of six percent (6%) from the date of security;

3. Further prosecution of any and all actions, suits, or proceedings already commenced, including the complaint brought by Ms. Soni Beckman in the Superior Court of the State of Washington, County of King, Cause No. 09-2-22411-1 SEA, of any nature and description whatsoever in any jurisdiction against James T. Anderson, or against the vessel above described, except in this action, to recover damage for or in respect of any loss, damage, or injury caused by or relating to the incident described above, including any damage incurred by Ms. Beckman be and are hereby RESTRAINED, STAYED, and ENJOINED until the hearing and determination of this action;

4. Limitation Plaintiff is ORDERED to serve a copy of this Order on the persons and other legal entities to be restrained or their attorneys within three judicial days of the date of this Order;

5. The notice described below shall be published no less than once per week in the Seattle Daily

Journal of Commerce, as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Supplemental Admiralty Rule 150. Publication shall begin on October 24, 2009, and continue for four consecutive weeks in substantially the same form as below:

> **Notice to Interested Parties:** James T. Anderson, owner of CATSHOT, Hull Identification Number 44035B606, Washington Registration WN84NV, (hereinafter "the Vessel"), an approximately 44 foot sailing vessel, filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30510 et seq., claiming the right to exoneration from or limitation of liability for all claims against it for injury, death, or other damage resulting from an incident occurring on or about December 15, 2006, in which a claimant alleges to have been killed while the Vessel was being operated upon the navigable waters of the Pacific Ocean off the coast of Oregon, near Lincoln City.
>
> Any person or legal entity who has or may have such a claim must, on or before November 23, 2009, file it with the Clerk of the Court, U.S. Federal District Court, Western District of Washington at Seattle, under the title "In the matter of the complaint of James T. Anderson as owner of the sailing vessel CATSHOT, a 44-Foot Voyage Catamaran, for Exoneration from or Limitation of Liability" and Cause No.: 09-1436RSL. Any such claim must comply with the Requirements of Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. Because this district uses electronic filing, any claim that is filed with the Court need not be separately served on plaintiff's counsel; filing will also constitute service.
>
> Any claimant who desires to contest Limitation Plaintiff's right to exoneration from and/or limitation of liability shall file an answer to the Complaint in the above referenced matter on or before November 23, 2009, unless such answer is included in the claim. This notice is published pursuant to the order of said Court, The Honorable Robert S. Lasnik, dated October 14, 2009, and pursuant to Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims.

6. Limitation Plaintiff shall, not later than the day of the second publication required above, mail copies of the Complaint, and this Order, to: (1) the last known address of those persons who are reported to have been injured as set forth in the Complaint, and to any attorneys known to represent them; (2) the decedent at the decedent's last known address, and, (3) to such other

persons and other legal entities as are known to have any claim against the Limitation Plaintiff or the Vessel and to any attorney known to represent them.

DATED this 14th day of October, 2009.

_____
Robert S. Lasnik
United States District Judge

Presented by:

Hedrick Smith, PLLC

_____
Franklin L. Smith, WSBA No. 14527
Attorney for the Plaintiff